THE HONORABLE TIMOTHY W. DORE

**HEARING DATE/TIME:**

NOVEMBER 22, 2019 @ 9:30 A.M.

**RESPONSE DATE:**

NOVEMBER 21, 2019

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>JAN MATHIESON,<br><br>   Debtor.<br><br>JAN MATHIESON,<br><br>   Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION, a corporation; OCWEN LOAN SERVICING LLC, a corporation; and WESTERN PROGRESSIVE-WASHINGTON INC, a corporation,<br><br>   Defendants. | Chapter 13<br><br>Case No.: 17-12265<br><br>Adversary No.: 19-01140<br><br>DECLARATION OF CLAIRE BUXTON IN SUPPORT OF PHH MORTGAGE CORPORATION and OCWEN LOAN SERVICING, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

I, Claire Buxton, hereby declare as follows:

1. I am over the age of eighteen (18), competent to testify, and make the following statements based on my personal knowledge.

DECLARATION OF CLAIRE BUXTON IN SUPPORT OF PHH MORTGAGE CORPORATION and OCWEN LOAN SERVICING, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 19-01140
Page 1

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 19-01140-TWD   Doc 9   Filed 11/21/19   Ent. 11/21/19 11:54:46   Pg. 1 of 3

2. A sale of the Property located at 476 Bronson Way NE, Renton Washington 98056 (the "Property") was scheduled for November 15, 2019. Following this Court's entry of a temporary restraining order, the Trustee's Sale was postponed until December 13, 2019.

3. I am an officer of Western Progressive-Washington, Inc.

4. I reside in Seattle, Washington.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 21, 2019

_____
Claire Buxton

DECLARATION OF CLAIRE BUXTON IN SUPPORT
OF PHH MORTGAGE CORPORATION and OCWEN
LOAN SERVICING, LLC'S OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION
CASE NO. 19-01140
Page 2

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 19-01140-TWD    Doc 9    Filed 11/21/19    Ent. 11/21/19 11:54:46    Pg. 2 of 3

# CERTIFICATE OF SERVICE

I the undersigned declare as follows: I am over the age of 18 years and am not a party to this action. On November 21, 2019, I served the foregoing document(s): DECLARATION OF CLAIRE BUXTON IN SUPPORT OF PHH MORTGAGE CORPORATION and OCWEN LOAN SERVICING, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION in the manner described below:

Joy Lee Barnhart
15 S. Grady Way, Ste 535
Renton, WA 98057
ecf@joybarnhart.com
*Counsel for Plaintiff/Debtor*

☐ U.S. Mail, Postage Prepaid
☐ UPS Overnight
☐ UPS 2 Day Shipping
☑ CM/ECF
☐ Courier

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 21, 2019

s/ Shawn Williams
Shawn Williams

DECLARATION OF CLAIRE BUXTON IN SUPPORT OF PHH MORTGAGE CORPORATION and OCWEN LOAN SERVICING, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 19-01140
Page 3

HOUSER LLP
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

Case 19-01140-TWD   Doc 9   Filed 11/21/19   Ent. 11/21/19 11:54:46   Pg. 3 of 3