```
Joy Lee Barnhart                    Judge Timothy Dore
Attorney at Law                     Chapter 13
15 S. Grady Way, Ste 535            Hearing: January 15, 2020 @ 9:30
Renton, WA 98057
425-255-5535
fax 425-255-5609
```

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | ) Chapter 13 |
| | ) |
| | ) Case No.: 17-12265 |
| JAN MATHIESON, | ) |
| | ) Adversary No. |
| Debtor. | ) |
| | ) |
| | ) SUPPLEMENTAL DECLARATION |
| _____ | ) OF DEBTOR |
| | ) |
| JAN MATHIESON, | ) |
| | ) |
| Plaintiff: | ) |
| | ) |
| vs. | ) |
| | ) |
| PHH MORTGAGE CORPORATION, a | ) |
| corporation; OCWEN LOAN | ) |
| SERVICING LLC, a corporation; | ) |
| and WESTERN PROGRESSIVE – | ) |
| WASHINGTON INC, a corporation. | ) |
| | ) |
| Defendants. | ) |

I declare under penalty of perjury under the laws of the State of Washington that the following Declaration is true and correct to the best of my knowledge.

SUPPLEMENTAL DECLARATION OF DEBTOR
Page 1

Joy Lee Barnhart
Attorney at Law
15 S. Grady Way, Ste 535
Renton, WA 98057
425-255-5535/fax 425-255-5609

Case 19-01140-TWD    Doc 16    Filed 01/08/20    Ent. 01/08/20 20:24:45    Pg. 1 of 2

I am the debtor in the above entitled case.

I make this Declaration to Supplement my previous Declaration and in direct Reply to Defendants Response to my Motion for a Preliminary Injunction.

Attached to this Declaration is a spreadsheet which sets forth my payments made to Ocwen from April 2017 to March of 2019. Based on the statements prepared by Ocwen I calculate that $5748.20 should have been placed in escrow from my taxes and insurance. According to the statement prepared by Ocwen there was $1113.30 in my escrow account on April 2, 2017. I have previously submitted a copy of the King County Property tax for my residence showing payments for taxes of $2996.71 in 2018 and $2970.34 in 2019.

Dated at Renton, Washington this 8th day of January, 2020.

/s/ Jan Mathieson
Jan Mathieson, Plaintiff/Debtor

SUPPLEMENTAL DECLARATION OF DEBTOR
Page 2

Joy Lee Barnhart
Attorney at Law
15 S. Grady Way, Ste 535
Renton, WA 98057
425-255-5535/fax 425-255-5609