Joy Lee Barnhart  
Attorney at Law  
15 S. Grady Way, Ste 535  
Renton, WA 98057  
425-255-5535  
fax 425-255-5609

Judge Timothy Dore  
Chapter 13

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>JAN MATHIESON,<br><br>Debtor.<br>_____<br>_____<br>JAN MATHIESON,<br><br>        Plaintiff:<br><br> vs.<br><br>PHH MORTGAGE CORPORATION, a corporation; OCWEN LOAN SERVICING LLC, a corporation; and WESTERN PROGRESSIVE – WASHINGTON INC, a corporation.<br><br>        Defendants. | Chapter 13<br><br>Case No.: 17-12265<br><br>Adversary No. 19-01140<br><br>DECLARATION OF DEBTOR |

I declare under penalty of perjury under the laws of the State of Washington that the following Declaration is true and correct to the best of my knowledge.

DECLARATION OF DEBTOR  
Page 1

Joy Lee Barnhart  
Attorney at Law  
15 S. Grady Way, Ste 535  
Renton, WA 98057  
425-255-5535/fax 425-255-5609

I am the debtor in the above entitled case.

On January 30, 2020 I delivered to the office of Ryan S. Moore a Cashier's Check in the amount of $21,460.27 to cure the arrears on my mortgage. A copy of that check is attached with the other exhibits.

My mortgage payment is 1311.62. Since the payment I made on January 30, 2020 was posted to my account my mortgage statements have consistently shown an amount due of $6831.68 in excess of that amount.

I have paid a total of thirteen payments since the January 30, 2020 payment. It was my understanding that the January 30, 2020 payment included the February mortgage payment. I should therefore be current through March 2021.

I make my payments through a deduction from my bank account. I am attaching copies of the pages from my bank statements showing the payments being debited from my account.

Dated at Renton, Washington this 10th day of March, 2021.

/s/  Jan Mathieson
Jan Mathieson, Plaintiff/Debtor

DECLARATION OF DEBTOR
Page 2

Joy Lee Barnhart
Attorney at Law
15 S. Grady Way, Ste 535
Renton, WA 98057
425-255-5535/fax 425-255-5609